O



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA18-008 M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Veronica Cruz-Lucero | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern District of CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __unknown bail resources, citizen of Mexico, prior deportation, prior conviction for visa fraud__

| | |
|---|---|
|1| _____ |
|2| _____ |
|3| and/or |
|4|B. ( ) The defendant has not met his/her burden of establishing by clear and |
|5| convincing evidence that he/she is not likely to pose a danger to the safety of any |
|6| other person or the community if released under 18 U.S.C. § 3142(b) or (c). This |
|7| finding is based on _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 1/16/18

~~ROBERT N. BLOCK~~ Karen E. Scott
UNITED STATES MAGISTRATE JUDGE